JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY SOODSMA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation; and DOES 1-10, inclusive,<br><br>　　　　Defendant. | CASE NO. 2:12-cv-09708-JFW-AJWx<br><br>**ORDER GRANTING STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |

The Court has reviewed the Stipulation of Plaintiff TERRY SOODSMA and Defendant MIDLAND CREDIT MANAGEMENT, INC. to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Joint Stipulation between parties, the Court orders as follows:

That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1).

**IT IS SO ORDERED.**

DATED: May 14, 2013　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1

07356.00/194405　　　　　　　　　　　　　　　　ORDER RE: STIPULATION RE DISMISSAL
　　　　　　　　　　　　　　　　　　　　　　　CASE NO: 2:12-cv-09708-JFW-AJW